**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Shawn Alexander POWELL, a/k/a Shaun Alexander Powell, Defendant–Appellant.**

No. 14–6150.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2014.

Decided: July 1, 2014.

Shawn Alexander Powell, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Timothy Severo, Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Alexander Powell appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Powell,* No. 7:09–cr–00011–D–1 (E.D.N.C. Jan. 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*